**Order entered September 14, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00273-CV**

**CAROLYN S. THOMAS, Appellant**

**V.**

**DALLAS HOUSING AUTHORITY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00824**

**ORDER**

Before the Court is appellant's September 10, 2021 motion for extension of time to amend her opening brief. We **GRANT** the motion and **ORDER** the amended brief be filed no later than October 14, 2021.

/s/　ROBERT D. BURNS, III
　　　CHIEF JUSTICE